## MONTHLY OPERATING REPORT
### Huon Le, Chapter 13 Trustee-Augusta

Name: SPRAGue TRucking  Case Number: 19-10835-SBD
Operating Report Start Date: 7-1-19  Operating Report End Date: 7-31-19

### GROSS BUSINESS INCOME

| Date | Brief Description of Work or Service Performed | Payment |
|---|---|---|
| | Loads Hauled | $ |
| | | $ |
| 7-26-19 | | $ 2150.00 |
| 7-26-19 | | $ 525.00 |
| 7-29-19 | | $ 2225.00 |
| 7-31-19 | ↓ | $ 1800.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | Total from continuation sheet, if any: | $ |
| | **A. TOTAL GROSS BUSINESS INCOME:** | $ 6700.00 |

### BUSINESS EXPENSES

| Date | Category | Amount |
|---|---|---|
| | Payroll/Labor: | $ |
| | Rent/Mortgage: | $ |
| | Utilities (including gas): Diesel | $ 1935.18 |
| 7-1-19 | Insurance: Ooida | $ 1007.00 |
| | Factoring Fee: | $ 268.00 |
| 7-1-19 | Other (specify): Prepass | $ 17.95 |
| ↓ | Other (specify): DAT | $ 55.00 |
| ↓ | Other (specify): EID | $ 38.00 |
| 7-16-19 | Other (specify): Air Dryer Ass. Repair | $ 448.56 |
| | Other (specify): 1 gal. Oil 2 Belts | $ 33.58 |
| 7-20-19 | Other (specify): Food + Road Expense | $ 300.00 |
| | Total from continuation sheet, if any: | $ |
| | **B. TOTAL BUSINESS EXPENSES:** | $ 4103.27 |
| | **C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A):** | $ 2596.73 |

NOTE: **Only** income and expenses from self-employment, operation of a business, and similar should be listed. Do **not** include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: Michael C. Sprague  Print Name: Michael C. Sprague  Date: 7-31-2019

## CERTIFICATE OF SERVICE

This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

Huon Le  
Chapter 13 Trustee  
[VIA ECF]

This the 4th day of February, 2020.

_____  
Charles W. Wills  
Attorney for Debtors

WILLS LAW FIRM, LLC  
P.O. Box 1620  
Thomson, GA 30824  
(706) 595-8100