## MONTHLY OPERATING REPORT
Huon Le, Chapter 13 Trustee-Augusta

Name: SPRAGUE TRUCKING  Case Number: 19-10835-SBD
Operating Report Start Date: 08-1-2019   Operating Report End Date: 08-31-2019

### GROSS BUSINESS INCOME

| Date | Brief Description of Work or Service Performed | Payment |
|---|---|---|
| | Loads Hauled | $ |
| | | $ |
| 8-9-19 | | $ 2200.00 |
| 8-13-19 | | $ 2200.00 |
| 8-19-19 | | $ 2000.00 |
| 8-26-19 | | $ 2400.00 |
| 8-30-19 | | $ 2200.00 |
| | | $ |
| | | $ |
| | | $ |
| | Total from continuation sheet, if any: | $ |
| | A. TOTAL GROSS BUSINESS INCOME: | $ 11,000.00 |

### BUSINESS EXPENSES

| Date | Category | Amount |
|---|---|---|
| | Payroll/Labor: | $ |
| | Rent/Mortgage: | $ |
| | Utilities (including gas): Diesel | $ 4568.89 |
| | Insurance: OOIDA | $ 1007.00 |
| | Factoring Fee: | $ 440.00 |
| | Other (specify): PrePass, DAT, ELD | $ 110.95 |
| | Other (specify): Food + Road Expense | $ 600.00 |
| | Other (specify): Brakes Replaced on truck+trailer | $ 965.38 |
| | Other (specify): Purchased tire tool | $ 200.00 |
| | Other (specify): Oil, Grease, Cleaner | $ 52.33 |
| | Other (specify): Link Rod Repair | $ 164.16 |
| | Total from continuation sheet, if any: | $ |
| | B. TOTAL BUSINESS EXPENSES: | $ 8108.71 |
| | C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A): | $ 2891.29 |

NOTE: **Only** income and expenses from self-employment, operation of a business, and similar should be listed. Do **not** include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: Michael C. Sprague   Print Name: Michael C. SPRAGUE   Date: 08-31-2019

## CERTIFICATE OF SERVICE

    This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

Huon Le<br>
Chapter 13 Trustee<br>
[VIA ECF]

This the 4th day of February, 2020.

_____<br>
Charles W. Wills<br>
Attorney for Debtors

WILLS LAW FIRM, LLC  
P.O. Box 1620  
Thomson, GA 30824  
(706) 595-8100