## MONTHLY OPERATING REPORT
Huon Le, Chapter 13 Trustee-Augusta

Name: SPRAGUE TRUCKING   Case Number: 19-10835-SBD
Operating Report Start Date: 09-01-19   Operating Report End Date: 09-30-2019

### GROSS BUSINESS INCOME

| Date | Brief Description of Work or Service Performed | Payment |
|---|---|---|
|  | Loads Hauled | $ |
|  |  | $ |
| 9-12-19 |  | $ 2700.00 |
| 9-23-19 |  | $ 1600.00 |
| 9-26-19 |  | $ 2500.00 |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  | Total from continuation sheet, if any: | $ |
|  | **A. TOTAL GROSS BUSINESS INCOME:** | $ 6800.00 |

### BUSINESS EXPENSES

| Date | Category | Amount |
|---|---|---|
|  | Payroll/Labor: | $ |
|  | Rent/Mortgage: | $ |
|  | Utilities (including gas): Diesel | $ 3053.83 |
|  | Insurance: OOIDA | $ 1055.00 |
|  | Factoring Fee: | $ 272.00 |
|  | Other (specify): PREPASS, DAT, ELD | $ 110.95 |
|  | Other (specify): Food + Road Expense | $ 300.00 |
|  | Other (specify): Power Steering Repair | $ 600.00 |
|  | Other (specify): | $ |
|  | Other (specify): | $ |
|  | Other (specify): | $ |
|  | Total from continuation sheet, if any: | $ |
|  | **B. TOTAL BUSINESS EXPENSES:** | $ 5391.78 |
|  | **C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A):** | $ 1408.22 |

NOTE: **Only** income and expenses from self-employment, operation of a business, and similar should be listed. Do **not** include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: Michael C. Sprague   Print Name: Michael C. SPRAGUE   Date: 09-30-2019

## CERTIFICATE OF SERVICE

This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

Huon Le<br>
Chapter 13 Trustee<br>
[VIA ECF]

This the 4th day of February, 2020.

_____
Charles W. Wills
Attorney for Debtors

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100