# MONTHLY OPERATING REPORT
Huon Le, Chapter 13 Trustee-Augusta

Name: SPRAGUE TRUCKING     Case Number: 19-10835-SBD
Operating Report Start Date: 11-01-19     Operating Report End Date: 11-30-19

| \ | GROSS BUSINESS INCOME | |
|---|---|---|
| Date | Brief Description of Work or Service Performed | Payment |
| | LOADS Hauled | $ |
| | | $ |
| 11-12-19 | | $ 2000.00 |
| 11-18-19 | | $ 3000.00 |
| 11-20-19 | | $ 1100.00 |
| 11-25-19 | | $ 2000.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | Total from continuation sheet, if any: | $ |
| | A. TOTAL GROSS BUSINESS INCOME: | $ 8100.00 |

| BUSINESS EXPENSES | | |
|---|---|---|
| Date | Category | Amount |
| | Payroll/Labor: | $ |
| | Rent/Mortgage: | $ |
| | Utilities (including gas): Diesel | $ 2845.98 |
| | Insurance: OOIDA | $ 1186.21 |
| | Factoring Fee: | $ 324.00 |
| | Other (specify): PRePASS, DAT, ELD | $ 110.95 |
| | Other (specify): FOOD + ROAD Expense | $ 600.00 |
| 11-2-19 | Other (specify): Air Brake Hose | $ 25.88 |
| 11-4-19 | Other (specify): Passthrough Repair | $ 154.01 |
| 11-8-19 | Other (specify): Antifreeze + wipers + Belts | $ 108.66 |
| | Other (specify): DOT Physical + Drug Screen | $ 161.00 |
| | Total from continuation sheet, if any: | $ |
| | B. TOTAL BUSINESS EXPENSES: | $ 5516.69 |
| | C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A): | $ 2583.31 |

NOTE: **Only** income and expenses from self-employment, operation of a business, and similar should be listed. Do **not** include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: Michael C. Sprague     Print Name: Michael C. SPRAGUE     Date: 11-30-2019

## CERTIFICATE OF SERVICE

This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

Huon Le
Chapter 13 Trustee
[VIA ECF]

This the 4th day of February, 2020.

/s/ Charles W. Wills
Charles W. Wills
Attorney for Debtors

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100