# MONTHLY OPERATING REPORT
## Huon Le, Chapter 13 Trustee-Augusta

Name: SPRAGUE TRUCKING   Case Number: 19-10835-SBD
Operating Report Start Date: 12-01-2019   Operating Report End Date: 12-31-2020

### GROSS BUSINESS INCOME

| Date | Brief Description of Work or Service Performed | Payment |
|---|---|---|
| | Loads Hauled | $ |
| 12-2-2019 | | $ 2700.00 |
| 12-6-2019 | | $ 1550.00 |
| 12-9-2019 | | $ 2100.00 |
| 12-20-2019 | | $ 2100.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | Total from continuation sheet, if any: | $ |
| | A. TOTAL GROSS BUSINESS INCOME: | $ 8450.00 |

### BUSINESS EXPENSES

| Date | Category | Amount |
|---|---|---|
| | Payroll/Labor: | $ |
| | Rent/Mortgage: | $ |
| | Utilities (including gas): Diesel | $ 3341.96 |
| 12-1-19 | Insurance: OOIDA | $ 1186.21 |
| 12-2019 | Factoring Fee: | $ 338.00 |
| | Other (specify): PrePass, DAT, ELD | $ 110.95 |
| | Other (specify): Food + Road Expense | $ 600.00 |
| 12-18-2019 | Other (specify): Truck Repair - Torch Motor Heads | $ 711.45 |
| 12-10-2019 | Other (specify): Parts + Repairs | $ 307.54 |
| | Other (specify): Renew Drivers Licsense CDL | $ 33.00 |
| | Other (specify): | $ |
| | Total from continuation sheet, if any: | $ |
| | B. TOTAL BUSINESS EXPENSES: | $ 6659.11 |
| | C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A): | $ 1790.89 |

NOTE: **Only** income and expenses from self-employment, operation of a business, and similar should be listed. Do **not** include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: Michael C. Sprague   Print Name: Michael C. Sprague   Date: 12-31-2019

## CERTIFICATE OF SERVICE

This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

Huon Le<br>
Chapter 13 Trustee<br>
[VIA ECF]

This the 4th day of February, 2020.

_____<br>
Charles W. Wills<br>
Attorney for Debtors

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100