# MONTHLY OPERATING REPORT
Huon Le, Chapter 13 Trustee-Augusta

Name: SPRAGUE TRUCKING  Case Number: 19-10835-SBD
Operating Report Start Date: 01-01-2020  Operating Report End Date: 01-31-2020

## GROSS BUSINESS INCOME

| Date | Brief Description of Work or Service Performed | Payment |
|---|---|---|
|  | Loads Hauled | $ |
| 1-2-2020 |  | $ 2700.00 |
| 1-8-2020 |  | $ 450.00 |
| 1-9-2020 |  | $ 600.00 |
| 1-14-2020 |  | $ 2100.00 |
| 1-20-2020 |  | $ 1350.00 |
| 1-27-2020 |  | $ 3000.00 |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  | Total from continuation sheet, if any: | $ |
|  | A. TOTAL GROSS BUSINESS INCOME: | $ 10,200.00 |

## BUSINESS EXPENSES

| Date | Category | Amount |
|---|---|---|
|  | Payroll/Labor: | $ |
|  | Rent/Mortgage: | $ |
|  | Utilities (including gas): Diesel | $ 4207.31 |
|  | Insurance: OOIDA | $ 1186.21 |
|  | Factoring Fee: | $ 408.00 |
|  | Other (specify): PREPASS, DAT, ELD | $ 110.95 |
|  | Other (specify): FOOD + ROAD Expense | $ 600.00 |
|  | Other (specify): Electronic Log Fee | $ 359.94 |
|  | Other (specify): IFTA | $ 155.00 |
|  | Other (specify): TRUCK Repair | $ 73.11 |
|  | Other (specify): TRUCK +TRAiler TAg Renewal | $ 1708.52 |
|  | Total from continuation sheet, if any: | $ |
|  | B. TOTAL BUSINESS EXPENSES: | $ 8809.04 |
|  | C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A): | $ 1390.96 |

NOTE: Only income and expenses from self-employment, operation of a business, and similar should be listed. Do not include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: Michael C. Sprague  Print Name: Michael C. SPRAGUE  Date: 01-31-2020

## CERTIFICATE OF SERVICE

This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

Huon Le
Chapter 13 Trustee
[VIA ECF]

This the 4th day of February, 2020.

_____
Charles W. Wills
Attorney for Debtors

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100