## MONTHLY OPERATING REPORT

Name: dba Michael C. Sprague SPRAGUE TRUCKING
Huon Le, Chapter 13 Trustee-Augusta
Case Number: 19-10835-SBD
Operating Report Start Date: 01-01-2020
Operating Report End Date: 01-31-2020

### GROSS BUSINESS INCOME

| Date | Brief Description of Work or Service Performed | Payment |
|---|---|---|
| | Loads Hauled | $ |
| 1-2-2020 | | $ 2700.00 |
| 1-8-2020 | | $ 450.00 |
| 1-9-2020 | | $ 600.00 |
| 1-14-2020 | | $ 2100.00 |
| 1-20-2020 | | $ 1350.00 |
| 1-27-2020 | ↓ | $ 3000.00 |
| | | $ |
| | | $ |
| | | $ |
| | Total from continuation sheet, if any: | $ |
| | **A. TOTAL GROSS BUSINESS INCOME:** | **$ 10,200.00** |

### BUSINESS EXPENSES

| Date | Category | Amount |
|---|---|---|
| | Payroll/Labor: | $ |
| | Rent/Mortgage: | $ |
| | Utilities (including gas): Diesel | $ 4207.31 |
| | Insurance: OOIDA | $ 1186.21 |
| | Factoring Fee: | $ 408.00 |
| | Other (specify): PREPASS, DAT, ELD | $ 110.95 |
| | Other (specify): FOOD + ROAD EXPENSE | $ 600.00 |
| | Other (specify): Electronic Log Fee | $ 359.94 |
| | Other (specify): IFTA | $ 155.00 |
| | Other (specify): TRUCK REPAIR | $ 73.11 |
| | Other (specify): TRUCK + TRAILER TAG Renewal | $ 1708.52 |
| | Total from continuation sheet, if any: | $ |
| | **B. TOTAL BUSINESS EXPENSES:** | **$ 8809.04** |
| | **C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A):** | **$ 1390.96** |

NOTE: **Only** income and expenses from self-employment, operation of a business, and similar should be listed. Do **not** include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: Michael C. Sprague   Print Name: Michael C. SPRAGUE   Date: 01-31-2020

## CERTIFICATE OF SERVICE

This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

Huon Le
Chapter 13 Trustee
[VIA ECF]

This the 9th day of June, 2020.

_____
Charles W. Wills
Attorney for Debtor

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100