## MONTHLY OPERATING REPORT
### Huon Le, Chapter 13 Trustee-Augusta

Name: Michael Christopher Sprague  
Case Number: 19-10835-SDB  
Operating Report Start Date: Feb. 1, 2020  
Operating Report End Date: Feb. 29, 2020

### GROSS BUSINESS INCOME

| Date | Brief Description of Work or Service Performed | Payment |
|---|---|---|
| 2-20-2020 | LOADS the truck performed | $ 6000.00 |
| 2-24-2020 | ↓                   ↓ | $ 4400.00 |
|  | TOTAL | $ 10,400.00 |
|  | Factoring Fee    -4% | $ -416.00 |
|  | TOTAL | $ 9,984.00 |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  | Total from continuation sheet, if any: | $ |
|  | **A. TOTAL GROSS BUSINESS INCOME:** | $ 9,984.00 |

### BUSINESS EXPENSES

| Date | Category | Amount |
|---|---|---|
|  | Payroll/Labor: | $ |
|  | Rent/Mortgage: | $ |
|  | Utilities (including gas): Diesel | $ 3676.13 |
|  | Insurance: Onida | $ 1186.21 |
|  | Permits, Parking Fees, Showers | $ 115.18 |
|  | Other (specify): PrePass, DAT, EID | $ 110.95 |
|  | Other (specify): Food + Road Expense | $ 600.00 |
|  | Other (specify): Repairs | $ 365.92 |
|  | Other (specify): Maintenance | $ 163.43 |
|  | Other (specify): Tolls | $ 77.00 |
|  | Other (specify): | $ 80.00 |
|  | Total from continuation sheet, if any: | $ |
|  | **B. TOTAL BUSINESS EXPENSES:** | $ 6374.82 |
|  | **C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A):** | $ 3609.18 |

NOTE: **Only** income and expenses from self-employment, operation of a business, and similar should be listed. Do **not** include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: _Michael Sprague_    Print Name: Michael Christopher Sprague    Date: 2-29-2020

## CERTIFICATE OF SERVICE

This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

>Huon Le
>Chapter 13 Trustee
>[VIA ECF]

This the 9th day of June, 2020.

_____
Charles W. Wills
Attorney for Debtor

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100