## MONTHLY OPERATING REPORT
### Huon Le, Chapter 13 Trustee-Augusta

Name: Michael Christopher Sprague  
Case Number: 19-10835-SDB  
Operating Report Start Date: April 1, 2020  
Operating Report End Date: April 30, 2020

### GROSS BUSINESS INCOME

| Date | Brief Description of Work or Service Performed | Payment |
|---|---|---|
| 4-3-2020 | LOADS The TRUCK Performed | $ 1700.00 |
| 4-6-2020 | | $ 1400.00 |
| 4-8-2020 | | $ 450.00 |
| 4-13-2020 | | $ 500.00 |
| 4-17-2020 | | $ 1000.00 |
| 4-21-2020 | | $ 1580.00 |
| 4-28-2020 | | $ 700.00 |
| | TOTAL | $ 7330.00 |
| | FACtoring Fee - 4% | $ 293.20 |
| | | $ 7036.80 |
| | Total from continuation sheet, if any: | $ |
| | **A. TOTAL GROSS BUSINESS INCOME:** | $ 7036.80 |

### BUSINESS EXPENSES

| Date | Category | Amount |
|---|---|---|
| | Payroll/Labor: | $ |
| | Rent/Mortgage: | $ |
| | Utilities (including gas): Diesel | $ 2052.30 |
| | Insurance: OoiDc | $ 1184.21 |
| | Permits, Parking Fees, Showers | $ 46.70 |
| | Other (specify): Pre Pass, DAT, ElD | $ 110.95 |
| | Other (specify): Food + Road Expense | $ 600.00 |
| | Other (specify): IFTA | $ 77.66 |
| | Other (specify): Repairs | $ 514.52 |
| | Other (specify): Maintenance | $ 94.00 |
| | Other (specify): Tolls | $ |
| | Total from continuation sheet, if any: | $ |
| | **B. TOTAL BUSINESS EXPENSES:** | $ 4682.34 |
| | **C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A):** | $ 2354.46 |

**NOTE:** Only income and expenses from self-employment, operation of a business, and similar should be listed. Do **not** include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: _Michael Sprague_   Print Name: Michael Christopher Sprague   Date: 4-30-2020

## CERTIFICATE OF SERVICE

This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

Huon Le
Chapter 13 Trustee
[VIA ECF]

This the 9th day of June, 2020.

_____
Charles W. Wills
Attorney for Debtor

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100