## MONTHLY OPERATING REPORT
### Huon Le, Chapter 13 Trustee-Augusta

Name: Michael Christopher Sprague  
Case Number: 19-10835-SDB  
Operating Report Start Date: May 1, 2020  
Operating Report End Date: May 31, 2020

### GROSS BUSINESS INCOME

| Date | Brief Description of Work or Service Performed | Payment |
|---|---|---|
| 5-6-2020 | Loads the truck performed | $ 2100.00 |
| 5-12-2020 | | $ 1800.00 |
| 5-22-2020 | | $ 2400.00 |
| | TOTAL - | $ 6300.00 |
| | Factoring Fee - 4% | $ -252.00 |
| | | $ 6048.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | Total from continuation sheet, if any: | $ |
| | **A. TOTAL GROSS BUSINESS INCOME:** | $ 6048.00 |

### BUSINESS EXPENSES

| Date | Category | Amount |
|---|---|---|
| | Payroll/Labor: | $ |
| | Rent/Mortgage: | $ |
| | Utilities (including gas): Diesel | $ 1998.32 |
| | Insurance: Ooida | $ 1186.21 |
| | Permits, Parking Fees, Showers | $ 141.23 |
| | Other (specify): PrePass, DOT, ELD | $ 110.95 |
| | Other (specify): Food + Road Expense | $ 600.00 |
| | Other (specify): IFTA | $ 57.97 |
| | Other (specify): Repairs | $ 707.18 |
| | Other (specify): Maintenance | $ 323.46 |
| | Other (specify): Tolls | $ 96.00 |
| | Total from continuation sheet, if any: | $ |
| | **B. TOTAL BUSINESS EXPENSES:** | $ 5221.32 |
| | **C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A):** | $ 826.68 |

NOTE: **Only** income and expenses from self-employment, operation of a business, and similar should be listed. Do **not** include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: _Michael Sprague_   Print Name: Michael Christopher Sprague   Date: 5-31-2020

## CERTIFICATE OF SERVICE

This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

Huon Le
Chapter 13 Trustee
[VIA ECF]

This the 9th day of June, 2020.

Charles W. Wills
Attorney for Debtor

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100