## MONTHLY OPERATING REPORT
Huon Le, Chapter 13 Trustee-Augusta

Name: Michael Christopher Sprague  
Case Number: 19-10835-SDB  
Operating Report Start Date: June 1, 2020  
Operating Report End Date: June 30, 2020

### GROSS BUSINESS INCOME

| Date | Brief Description of Work or Service Performed | Payment |
|---|---|---|
| | TOTAL LOADS Hauled JUNE | $ |
| 6-4-2020 | | $ 2200.00 |
| 6-11-2020 | | $ 1300.00 |
| 6-15-2020 | | $ 1250.00 |
| 6-18-2020 | | $ 800.00 |
| 6-25-2020 | | $ 2400.00 |
| | TOTAL | $ 7950.00 |
| | Factoring Fee  -4% | $ -318.00 |
| | | $ 7632.00 |
| | | $ |
| | Total from continuation sheet, if any: | $ |
| | A. TOTAL GROSS BUSINESS INCOME: | $ 7632.00 |

### BUSINESS EXPENSES

| Date | Category | Amount |
|---|---|---|
| | Payroll/Labor: | $ |
| | Rent/Mortgage: | $ |
| | Utilities (including gas): Diesel | $ 3142.30 |
| | Insurance: OOIDA | $ 1186.21 |
| | Permits, Parking Fees, Showers | $ 136.62 |
| | Other (specify): Pre Pass, Dot, ELD | $ 110.95 |
| | Other (specify): Food + Road Expense | $ 600.00 |
| | Other (specify): IFTA | $ |
| | Other (specify): Repairs | $ 666.82 |
| | Other (specify): Maintenance | $ 165.72 |
| | Other (specify): Tolls | $ 128.75 |
| | Total from continuation sheet, if any: | $ |
| | B. TOTAL BUSINESS EXPENSES: | $ 6137.37 |
| | C. NET BUSINESS INCOME/PROFIT (Subtract Line B from Line A): | $ 1494.63 |

NOTE: **Only** income and expenses from self-employment, operation of a business, and similar should be listed. Do **not** include income from other sources or personal expenses.

I declare under penalty of perjury that the statements and figures provided in the above Operating Report are true and complete to the best of my knowledge.

Signature: Michael Sprague   Print Name: Michael Christopher Sprague   Date: 07-01-2020

## CERTIFICATE OF SERVICE

This is to certify that I, Charles W. Wills, have this day served a true and correct copy of the within and foregoing "MONTHLY OPERATING REPORT" upon the following:

Huon Le
Chapter 13 Trustee
[VIA ECF]

This the 2nd day of July, 2020.

_____
Charles W. Wills
Attorney for Debtors

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
(706) 595-8100