**IT IS ORDERED as set forth below:**



Date: January 24, 2023

*Susan D. Barrett*
United States Bankruptcy Judge
Southern District of Georgia

___

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br><br>MICHAEL CHRISTOPHER SPRAGUE and<br>DAWN MARIE SPRAGUE,<br><br>Debtor(s) | Case No.: 19-10835-SDB<br><br>Judge: Susan D. Barrett<br><br>Chapter: 13 |

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above Motion having been considered, the same is hereby:

☐ Granted and the case is dismissed;

    ☐ With prejudice against refiling for 180 days;

    ☐ Unless Debtor converts to Chapter 7 within 14 days, $25 conversion fee is due upon filing notice of conversion;

☐ Denied.

Chapter 13 Case No.: 19-10835-SDB

Page 2

**[✓]** Denied on the condition that Debtor(s):

- [ ] File a Modified Plan within fourteen (14) days.
- [✓] Raise payments to $ **881** per **month** for the balance of the plan;
- [ ] Furnish Trustee with information sufficient to permit issuance of salary deduction order instanter.
- [✓] Pay $ **881** by **1/25/2023**;
- [ ] Pay $_____ per _____ until _____.
- [✓] Makes all future payments to Trustee in a timely manner.
- [✓] File all delinquent monthly operating reports no later than February 24, 2023, and all future monthly operating reports no later than the 25th of each following month.

[ ] Continued to the _____ term of Court.

[ ] With payments of $_____ in the interim.

[ ] Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate. The provisions of this paragraph shall expire _____ from entry of this order.

[END OF DOCUMENT]

Prepared and Consented to by:

_/s/ C.W.W._
Signature

Charles W. Wills
Attorney's Name for Debtor(s)

254329
Bar Number

P.O. Box 1620
Address

Thomson, GA 30824
City, State, Zip

706-595-8100
Telephone

charles@willslawfirmllc.com
Email

Consented to by:

Huon Le - Chapter 13 Trustee

By: _/s/_
Staff Attorney
Frederick Carpenter, GA Bar Number 341438
Joseph E. Mitchell, III, GA Bar Number 513205

PO Box 2127
Augusta, GA 30903
(706) 724-1039
Correspondence@chp13aug.org

Consented to:

_____
Debtor

_____
Co-Debtor