STATE OF GEORGIA                                    CONTRACT FOR LEGAL SERVICES
COUNTY OF COLUMBIA

**1. Scope of Representation.** Nathan E. Huff of Cleary, West & Huff, LLP (hereinafter, "firm") agrees to represent you, Michael Sprague, in the resolution of the following specific designated matters and this representation is effective only when the firm receives this executed Contract for Legal Services (hereinafter "agreement") from you:

The firm will represent you in litigation against TA Petro for negligent workmanship and breach of warranty regarding repairs made to your truck.

**2. Cooperation.** You agree to cooperate fully with us in every way, including the complete and truthful disclosure of all information concerning your case, the identification and location of witnesses and documents, and your appearance at depositions, interviews and hearings. You agree that the firm may withdraw from its representation of you if it deems that you refuse to settle this matter for an amount the firm deems a reasonable settlement, take an unreasonable position, or default under any of the terms of this agreement.

**3. Contingency Fee.** Services of your attorney will be charged on a contingency fee. Said contingency fee shall be 30% of any recovery prior to a trial. Said contingency fee shall be 35% of any recovery after a trial.

**4. Expenses.** All expenses that the firm incurs or advances in connection with providing legal services will be billed separately out of any recovery in this matter. These include, but are not limited to, fees for court filings and expenses for travel and court reporter fees incurred in depositions or in trial.

**5. Return of Documents.** Upon your request, the firm agrees to deliver to you any original documents that you have previously provided to us, any documents that the firm has obtained on your behalf and all finished work, such as briefs or material for submission to the court. You are solely responsible for payment of all copy and postage expenses incurred in fulfilling your request. If we have received no written request from you within six months of the completion of this representation as evidenced by the execution of a settlement agreement, entry of a court order or judgment, or otherwise, the firm will be free to dispose of all documents in your file.


"A"

**6. Contract Execution.** Your signature below indicates that you have read and understand the terms of this agreement, that you have had the opportunity to ask all questions related to these terms, that all questions in connection with this agreement have been fully and completely explained to your satisfaction and that you agree to and accept the terms and conditions of this agreement. This agreement may not be modified except by the written consent of both you and the law firm.

This agreement is effective on the date of the last signature subscribed hereinafter.

*Michael Seragre* (SEAL) Date: 4/23/2020

*Nathan Huff* (SEAL) Date: 4/23/2020