# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Michael Christopher Sprague and Dawn Marie Sprague,**  
    Debtors.

Case No.:  19–10835–SDB

Judge:  Susan D. Barrett

Chapter:  13

## NOTICE OF DEFICIENCY

Nathan Huff, served via electronic notice

The pleading or document, Motion to Approve Settlement (#123), which you recently filed in the above captioned case is deficient for the reason(s) indicated:

*The Motion to Approve Settlement does not set forth the amounts to be paid and to whom in the motion. The motion must match the proposed order regarding the amounts requested.

*Please file an Amended Motion to Approve Settlement using the docket event Amended Motion found under Motions/Application in Bankruptcy Events.

The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, ***on or before March 30, 2023,*** the matter may be stricken, dismissed or denied.

*Lucinda Rauback, Clerk*  
United States Bankruptcy Court  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **March 23, 2023**  
*B−57[04/20] VWW*