IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| MICHAEL CHRISTOPHER SPRAGUE and | ) Chapter 13 |
| DAWN MARIE SPRAGUE, | ) Case No: 19-10835-SDB |
| | ) |
| Debtors. | ) |

**ORDER APPROVING PERSONAL INJURY SETTLEMENT**
**AND DISBURSEMENT OF FUNDS**

The Motion to Approve Personal Injury Settlement and for Order for Approval of Fees and Disbursement of Funds coming before this Court, and it appearing that there are no objections by any party in interest to the settlement agreement and the proposed disbursement of the settlement proceeds; and it further appearing that same is reasonable and fair under the circumstances;

NOW THEREFORE, IT IS HEREBY ORDERED that the settlement amount of $15,000.00 agreed to by Debtor Michael Christopher Sprague, for his claim regarding his tractor trailer is approved by this Court; and

IT IS FURTHER ORDERED that the settlement proceeds shall be disbursed as follows:

    a.    $4,500.00 to Nathan E. Huff, Cleary, West & Huff, LLP for reasonable attorney fees based upon contingency fee contract;

    b.    $361.12 to Nathan E. Huff, Cleary, West & Huff, LLP for out-of-pocket expenses incurred;

    c.    $10,138.88 to Debtor Michael Christopher Sprague.

**[END OF DOCUMENT]**

Presented by:

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611

## CERTIFICATE OF SERVICE

This is to certify that I, Nathan E. Huff, have this day served a true and correct copy of the within and foregoing "MOTION TO APPROVE SETTLEMENT AND FOR ORDER APPROVING FEES AND DISBURSEMENT OF FUNDS" upon the following parties either electronically, via CM/ECF electronic transmission, or by United States Mail, postage prepaid, as follows:

Huon Le
Chapter 13 Trustee
[VIA CM/ECF]


Charles W. Wills, Esq.
John P. Wills, Esq.
Attorneys for Debtor
[VIA CM/ECF]

This 3rd day of April, 2023.

/s/ Nathan E. Huff
Nathan E. Huff